UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWENDOLYN MORGAN,

       Plaintiff,                                   Case No: 1:09-CV-16

v                                                  HON. JANET T. NEFF

STATE OF MICHIGAN,
DEPARTMENT OF HUMAN SERVICES,

       Defendant.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 14) is approved and adopted as the opinion of the court.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 10) is **GRANTED in part and DENIED n part**.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated: April 28, 2009                                 _/s/Janet T. Neff_____
                                                Janet T. Neff
                                                United States District Judge